Jarcho Bros., Inc., Appellant, v. Maude E. Leverich, as Executrix, etc. of Augustus A. Leverich (Jr.), Deceased, Respondent, and Samuel M. Meeker, as Successor Trustee, etc., of Augustus A. Leverich, Deceased, Defendant.— Order denying plaintiff's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

The People of the State of New York, Respondent, v. Joseph Rosino, Appellant.— Appeal dismissed. Present — Young, Kapper, Carswell, Scudder and Tompkins, JJ.

Woodboro Realty Co., Inc., Respondent, v. Julia M. Toklas, Appellant. Woodside Triangle Corporation and Others, Defendants.— Motion for stay granted upon condition that before the day of sale appellant file an undertaking, with corporate surety, as provided by section 598 of the Civil Practice Act, conditioned for the payment of any deficiency which may occur upon the sale, with interest and costs, and all expenses chargeable against the proceeds of the sale if the judgment be affirmed or the appeal dismissed; otherwise, motion denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. Settle order on notice.

In the Matter of the Application of Edwin G. Davis for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of Rush Wilson for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Theodore Alibrandi and Lucciano Minutillo, Copartners, etc., Respondents, v. Victor Seaberg, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Maurice B. Gladstone, Appellant, v. Kurt H. Volk, Inc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Georgia Gross, Respondent, v. McCrory Stores Corporation, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Frank Holland, Respondent, v. Knickerbocker Ice Company, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Resignation of Lewis B. Ginsberg, an Attorney and Counselor at Law.— On consent, petitioner disbarred and his name ordered stricken from the roll of attorneys. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.